JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| VICTOR ALEXANDER RAMIREZ ALAS,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-04482-MCS-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that:

1. The Petition for Writ of Habeas Corpus is DENIED.
2. This action is DISMISSED without prejudice.

Date: September 11, 2026

MARK C. SCARSI
United States District Judge